PD-0292-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/30/2015 4:58:39 PM
Accepted 12/1/2015 7:51:08 AM
ABEL ACOSTA
CLERK

IN THE TEXAS COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| JENNIFER BANNER WOLFE, APPELLANT | § § § | |
| v. | § § | NO.  PD-0292-15 |
| THE STATE OF TEXAS APPELLEE | § § § § | |

FILED IN
COURT OF CRIMINAL APPEALS

December 1, 2015

ABEL ACOSTA, CLERK

## FIRST MOTION FOR EXTENSION OF TIME
## FOR FILING OF STATE'S MERIT BRIEF

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The State requests that the Court grant an extension of time for the filing of the State's merit brief in this case.  The following allegations are made in support of this motion:

- I -

The court below is the Second Court of Appeals.  The style and number of the interim appellate case is *Jennifer Banner Wolfe v. State,* cause number 02-12-00188-CR.  The Fort Worth court affirmed the conviction on February 26, 2015.  The conviction arose out of a bench trial in the 213TH Judicial District Court of Tarrant County, Hon. Louis E. Sturns, presiding.  The style and number of the case in the trial court is *The State of Texas v. Jennifer Banner Wolfe,* cause number 1200447D.

- II -

The trial court convicted Appellant of injury to a child and sentenced her to five years' confinement. Appellant is not incarcerated.

- III -

Appellant perfected this appeal on April 27, 2012, the date she filed notice of appeal.

- IV -

The current deadline for filing the State's merit brief is December 2, 2015.

- V -

No extension has previously been granted regarding the State's merit brief. Appellant received one extension of time.

- VI -

The submission date in this case is not yet set. Therefore, this requested extension will not delay submission.

- VII -

The extension is not requested for purposes of delay, but rather to adequately brief the legal issues.

- VIII –

Additionally, counsel has had the following other obligations which have prevented her from filing the State's merit brief. Before the Second Court of Appeals, counsel filed her State's brief in an interlocutory State's appeal, *State v.* Connie Torrez, cause number 02-15-00150-CR, raising three points of error. Counsel also researched and reviewed a case for another State's appeal, filing her notice of appeal and also requesting and receiving additional findings and conclusions, as well: *State v. Tino Defranco,* cause number 1381770 in County Criminal Court Number Eight and cause number 02-15-00408-CR on appeal. Before the Seventh Court of Appeals, counsel filed her State's reply brief in *Jon M. McKinney v*. State, cause number 07-15-00116-CR, replying to four points of error arising out of an eight-volume record with hundreds of exhibits that led to multiple convictions for child pornography, sexual performance, and indecency by exposure. For all of these reasons, counsel requests an additional 30 days in which to file the State's merit brief.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that the Court grant this First Motion for Extension of Time for Filing of State's Merit Brief and extend the time for filing of the State's merit brief for 30 days until January 4, 2016.

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

DEBRA WINDSOR, Assistant
Criminal District Attorney
Chief, Post-Conviction

/s/ Tanya S. Dohoney
TANYA S. DOHONEY, Assistant
Criminal District Attorney
State Bar No. 02760900
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, Texas 76196-0201
(817) 884-1687
FAX (817) 884-1672
COAAppellateAlerts@TarrantCountytx.gov

## CERTIFICATE OF SERVICE

A true copy of the State's motion has been e-served to opposing counsel, Hon. David A. Pearson at david@lawbydap.com, 222 W. Exchange Suite 103, Fort Worth, Texas 76164, on this 30th day of November, 2015.

/s/ Tanya S. Dohoney
TANYA S. DOHONEY

H:\DOHONEY.D11\MOTIONS\113015 wolfe 1x merit.docx